**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01359-CR

### TOM ILES WHITE, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81783-2013**

## ORDER

The Court **REINSTATES** the appeal.

On March 30, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 20, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the March 30, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     ADA BROWN
        JUSTICE